IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROBERT (STAR) LOCKE, dba § <br> FT. STAR RANCH, § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> CITY OF CORPUS CHRISTI, § <br> ROBERT SMITH, DOTTIE CLOVER, § <br> OLD JOE DAWSON HORSE FARM, § <br> § <br> Defendants. § | Civil Action No. 06-305 |

**FINAL JUDGMENT**

In accordance with the Court's Order Dismissing Plaintiff's Complaint, the Court enters final judgment DISMISSING the above-styled action for lack of subject matter jurisdiction, and in the alternative, for failure to prosecute.

SIGNED and ENTERED this 18th day of September, 2006.

_____
Janis Graham Jack
United States District Judge